UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:18-cr-235-T-36AAS

21 U.S.C. § 841

COREY DAMOND SMITH, JR.,
also known as "C"

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about November 13, 2017, in the Middle District of Florida, in Hillsborough County, the defendant,

COREY DAMOND SMITH, JR.,
also known as "C,"

did knowingly and intentionally distribute a controlled substance, the use of which resulted in the death of B.D. from such substance, which violation involved a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2.

## FORFEITURES

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under 21 U.S.C. § 853.

2. Upon conviction of the violations alleged in this Indictment, punishable by imprisonment for more than one year, the defendant,

> COREY DAMOND SMITH, JR.,
> also known as "C,"

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, and derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violations; and property used and intended to be used, in any manner or part, to commit, and to facilitate the commission of such violations.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been comingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Thomas N. Palermo
Assistant United States Attorney

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

FORM OBD-34
May 18

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

COREY DAMOND SMITH, JR.
a/k/a 'C'

## INDICTMENT

Violations: 21 U.S.C. § 841

A true bill,

_____
Foreperson

Filed in open court this 21st day

of May 2018.

_____
Clerk

Bail $_____

GPO 863 525