UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                  CASE NO. 8:18-cr-235-T36AAS

COREY DAMOND SMITH, JR.
      a/k/a "C"

### GOVERNMENT'S INFORMATION AND NOTICE OF PRIOR CONVICTIONS

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, files this Information and Notice of the defendant's prior conviction pursuant to Title 21, United States Code, Section 851 and Section 841(b)(1)(C), and charges that:

    1.    The defendant was charged in an Indictment (Doc. 1) with a violation of Title 21, United States Code, Section 841(b)(1)(C) that is, distribution of a controlled substance resulting in death. The statute states as follows:

> In the case of a controlled substance in schedule I or II, gamma hydroxybutyric acid (including when scheduled as an approved drug product for purposes of section 3(a)(1)(B) of the Hillory J. Farias and Samantha Reid Date-Rape Drug Prohibition Act of 2000), or 1 gram of flunitrazepam, except as provided in subparagraphs (A), (B), and (D), such person shall be sentenced to a term of imprisonment of not more than 20 years and if death or serious bodily injury results from the use of such substance shall be sentenced to a term of imprisonment of not less than twenty years or more than life, a fine not to exceed the greater of that authorized in accordance with the provisions of Title 18 or

$1,000,000 if the defendant is an individual or $5,000,000 if the defendant is other than an individual, or both. If any person commits such a violation after a prior conviction for a felony drug offense has become final, such person shall be sentenced to a term of imprisonment of not more than 30 years and if death or serious bodily injury results from the use of such substance shall be sentenced to life imprisonment, a fine not to exceed the greater of twice that authorized in accordance with the provisions of Title 18 or $2,000,000 if the defendant is an individual or $10,000,000 if the defendant is other than an individual, or both. Notwithstanding section 3583 of Title 18, any sentence imposing a term of imprisonment under this paragraph shall, in the absence of such a prior conviction, impose a term of supervised release of at least 3 years in addition to such term of imprisonment and shall, if there was such a prior conviction, impose a term of supervised release of at least 6 years in addition to such term of imprisonment. Notwithstanding any other provision of law, the court shall not place on probation or suspend the sentence of any person sentenced under the provisions of this subparagraph which provide for a mandatory term of imprisonment if death or serious bodily injury results, nor shall a person so sentenced be eligible for parole during the term of such a sentence.

2.  The indictment pleads the enhancement for the death of B.D.

3.  Title 21, United States Code, Section 851 and Section 841(b)(1)(C) provide for a penalty of not less than twenty years or more than life, a fine of $1,000,000, and a term of supervised release of at least 3 years and up to life upon conviction for the offense alleged in Count One.

4.  Title 21, United States Code, Section 851 and Section 841(b)(1)(C), provide(s) that "[i]f any person commits such a violation after a prior conviction for a felony drug offense has become final, such person shall be sentenced to" mandatory life imprisonment, a fine of $2,000,000, and a

2

term of supervised release of at least 6 years and up to life upon conviction for the offense alleged in Count One.

5. The defendant was convicted of possession of marijuana with intent to sell or distribute, Thirteenth Judicial Circuit case number 2014-CF-1379 (April 7, 2014), in violation of the laws and statutes of the State of Florida.

6. Said conviction is a prior conviction within the meaning of Title 21, United States Code, Section 851, which mandates an increased sentence under Title 21, United States Code, Section 841(b).

                        Respectfully submitted,

                        MARIA CHAPA LOPEZ
                        United States Attorney

By:   */s/ Thomas N. Palermo*
      THOMAS N. PALERMO
      Assistant United States Attorney
      Fla. Bar No.: 530034
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone:  (813) 274-6000
      Facsimile:   (813) 274-6358
      E-mail: thomas.palermo@usdoj.gov

U.S. v. Smith                                                                Case No. 8:18-cr-235-T36AAS

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael Maddux, Esq.

/s/ Thomas N. Palermo
THOMAS N. PALERMO
Assistant United States Attorney
Fla. Bar No.: 530034
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile:  (813) 274-6358
E-mail: thomas.palermo@usdoj.gov