AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для
Middle District of Florida

United States of America
v.
Corey Damond Smith, Jr. a/k/a 'C"

Case No. 8:18-cr-235-T-36AAS

*Defendant*

**SEALED**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Corey Damond Smith, Jr. a/k/a 'C",

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Distribution of a controlled substance (fentanyl)

In violation of Title 21, United States Code, Section 841(a)(1)

Date: MAY 23 2018

*Issuing officer's signature*

City and state: Tampa, Florida

ELIZABETH WARREN, Acting Clerk, United States District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 5-23-18, and the person was arrested on *(date)* 5-23-18
at *(city and state)* Tampa, FL.

Date: 5-24-18

DET. *(signature)*
*Arresting officer's signature*

DETECTIVE TEDDY PEREZ
*Printed name and title*