## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA,**
         **Plaintiff,**

                                  **CASE NO.: 8:18-cr-00235-CEH-AAS**

**v.**

**COREY DAMOND SMITH, JR.,**
         **Defendant.**
_____/

## MOTION FOR PROTECTION

The undersigned attorney for the Defendant, Corey Damond Smith, Jr., moves this Court for protection and states:

1.      Counsel was appointed to represent the Defendant, Corey Damond Smith, Jr., in the above referenced matter.

2.      The undersigned counsel is scheduled to be in oral argument in Jacksonville, Florida on February 8, 2019, before the United States Court of Appeals for the Eleventh Circuit Court in United States v. Ernest Chambliss, Case No. 17-11809. Counsel needs to leave for Court on February 7, and, thus, will be unavailable for trial that day as well.

3.      Due to the holidays, Counsel has been unable to reach the assigned Assistant United State Attorney, Thomas Palermo.

## MEMORANDUM OF LAW

The district court possesses the inherent authority to control its own docket and to amend its earlier order setting a case for trial. Clinton v. Jones, 117 S.Ct. 1636 (1997) ("the District Court has broad discretion to stay proceedings as an incident to its power to control its own docket").

**WHEREFORE**, based on the above stated reasons Counsel requests that this Honorable

Court grant the request for protection from Court events for February 7 and 8, 2019.

Respectfully Submitted,


_____s/Michael P. Maddux_____
Michael P. Maddux, P.A.
Florida Bar No.: 964212
2102 West Cleveland Street
Attorney for Defendants
Tampa, Florida 33606
Phone: (813) 253-3363
Fax: (813) 253-2553
E-mail: mmaddux@madduxattorneys.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of December, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

_____s/Michael P. Maddux_____
Michael P. Maddux, Esquire