# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                               CASE NO: 8:18-cr-235-CEH-AAS

COREY DAMOND SMITH, JR.

_____

## FINAL REVOCATION HEARING

Pursuant to the Report and Recommendation On Violation of Supervised Release (Doc.213), entered by the United States Magistrate Judge on February 1, 2022, to which there has been no objection and the 14 day objection period has expired, the Report and Recommendation on Violation of Supervised Release of the Defendant is now accepted.

A Final Revocation Hearing was previously scheduled for **March 2, 2022 at 11:00 AM** before the undersigned and will proceed as scheduled.

**DONE and ORDERED** in Tampa, Florida this 22nd day of February 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services